EXHIBIT A

USI®

# 2020 Benefits at a Glance

## OPEN ENROLLMENT | For Candidates



This document reflects highlights of USI's benefits programs. It is not intended to provide a complete plan description. In the event of any contradictions or disputes as to the terms contained in this material and the legal plan document, the legal plan document will govern. © 2019 USI Insurance Services. All rights reserved. For internal use only.

# BLUE CROSS BLUE SHIELD | EPO Summary

| | In-Network Only |
|---|---|
| Annual Deductible (single/family) | $1,000 / $2,000 |
| Coinsurance level | 80% |
| Out-of-Pocket Max [1] (single/family) | $4,000 / $8,000 |
| Physician's Office (PCP's) | $25 |
| Specialist Visits | $50 |
| Preventive Care | 100% covered |
| Independent X-Ray/Lab | 80% |
| Imaging (CT/PET scans, MRIs) [2] | 80% |
| Mental Health Visits | $25 |
| Chiropractic Care | $25 |
| Inpatient Hospitalization | $500 copay, then 80% after deductible |
| Outpatient Hospitalization | $125 copay, then 80% after deductible |
| Urgent Care Facility | $150 |
| Emergency Room | $300 |
| Short-term Rehabilitative Therapy (PT, OT, etc.) | $25 copay (60 visits combined annually) |

[1] Includes deductible, co-pays, and Rx.

[2] For non-emergency CT Scans or MRIs, member must call a Benefits Value Advisor (BVA) at the number on the back of the ID card for cost comparison before service to avoid $100 penalty.

# BLUE CROSS BLUE SHIELD | HSA Summary

| | In-Network | Out-of-Network [3] |
|---|---|---|
| Annual Deductible (single/family [4]) | $1,500 / $3,000 | $3,000 / $6,000 |
| USI Contribution [5] (single/family) | $500 / $1,000 (½ deposited in January, ½ deposited in July) | |
| Coinsurance Level | 90% | 50% |
| Out of Pocket Max [6] (single/family) | $4,000 / $8,000 | $6,350 / $12,700 |
| | *No individual within a family responsible for more than $6,850* | |
| Physician's Office (PCPs) | 90% after deductible | 50% after deductible |
| Specialist Visits | 90% after deductible | 50% after deductible |
| Preventive Care | 100% covered | 50% after deductible |
| Imaging (CT/PET scans, MRIs) [7] | 90% after deductible | 50% after deductible |
| Independent X-Ray/Lab | 90% after deductible | 50% after deductible |
| Mental Health Visits | 90% after deductible | 50% after deductible |
| Chiropractic Care | 90% after deductible | 50% after deductible |
| Inpatient Hospitalization | 90% after deductible | 50% after deductible |
| Outpatient Hospitalization | 90% after deductible | 50% after deductible |
| Urgent Care Facility | 90% after deductible | |
| Emergency Room | 90% after deductible | |
| Short Term Rehabilitative Therapy (PT, OT, etc.) – 60 visits combined per year | 90% after deductible | 50% after deductible |

3 Out-of-Network reimbursement up to 110% of Medicare Maximum Reimbursable Cost.
4 Collective family deductible.
5 Pro-rated based on effective date.
6 Includes deductible, co-pays, and Rx.

7 For non-emergency CT Scans or MRIs, member must call a BCBS Health Advocate at the number on the back of the ID card for cost comparison before service to avoid $100 penalty.

## Health Advocacy Solutions

**Are you ready for health care made easy?** All BCBS enrolled members have access to their own team of BCBS TX health advocates: licensed health professionals (doctors and nurses) who can help you and your family by providing support for all your health care needs.

**Want to find quality, low-cost facilities for your services?** Your personal BCBS health advocate can help! And if you receive a call from a BCBS TX clinician, please take it. This team is reaching out to help you take care of yourself and your family. They can ensure correct care for a serious illness or injury and will work with you and your providers on any required authorizations. You can also reach out on your own, with any and all health care questions.

Call 855-228-1560 or download the BCBS TX app to chat.

## Member Rewards

Member Rewards is administered by Vitals and offers you **cash rewards when a lower-cost, quality provider is selected**.

### How Does It Work?

1. When your doctor recommends treatment, log on to www.bcbstx.com.
2. Click **Doctors and Hospitals**,
   - Then **Find a Doctor or Hospital**,
   - Then **Shop for Procedures**.
3. Choose a Member Rewards eligible location based on the service you need (e.g., MRI or knee replacement surgery).
4. Complete your procedure.
5. Once verified, you will receive a check within 4 – 6 weeks.

As an alternative to shopping online, you can also speak to your BCBS Health Advocate team to shop for procedures. Please note, this does not replace the requirement to speak with BCBS before getting an MRI or CT scan to avoid a $100 penalty.

# PRESCRIPTION BENEFIT SUMMARY

*Same drug benefit in both plans – difference in deductible, only.*

| | 30-Day Retail Supply | 90-Day Mail Order Supply (through Prime Mail) | 90-Day Retail Supply (select pharmacies only) |
|---|---|---|---|
| Annual Deductible | $100 per member (EPO)<br>Annual Plan Deductible (HSA) | Waived (EPO)<br>Annual Plan Deductible HSA | $100 per member (EPO)<br>Annual Plan Deductible (HSA) |
| Preferred Generic Drugs | $10 copay | 90-day supply for 2 copays<br>Not available for specialty drugs | 90-day supply for 3 copays<br>Not available for specialty drugs |
| Non-Preferred Generic Drugs | $25 copay | | |
| Preferred Drugs | 40% up to a $50 max | | |
| Non-Preferred Drugs | 50% up to a $100 max | | |
| Preferred Specialty Drugs | 50% up to a $150 max | | |
| Non-Preferred Specialty Drugs | 50% up to a $275 max | | |

## Maximize Your Rx Benefits

- **Performance Drug List** – an innovative, structured drug list that prioritizes highly effective, lower-cost drugs.
- **Pharmacy Network** – CVS and Target are excluded from USI's pharmacy network.
- **Mandatory Generics** – If you opt for a brand drug when a generic equivalent is available, you will pay the difference in total cost between the generic and brand version.
- **Step Therapy and Prior Authorization** – USI maintains a step therapy program, which asks you to try a less expensive drug before a more expensive brand name will be covered. If you have already tried the alternatives, your doctor can opt you out of the program. Prior authorization is also required for select drugs.

# BI-WEEKLY 2020 MEDICAL PREMIUMS | Wellness/New Hires

## Blue Cross Blue Shield EPO Plan

| WAGE TIER | EE Only | EE + Spouse/DP | EE + Child(ren) | EE + Family |
|---|---|---|---|---|
| Less than $50,000 | $66.12 | $137.10 | $118.70 | $211.64 |
| $50,000 – $99,999 | $74.69 | $151.23 | $130.94 | $240.67 |
| $100,000 – $149,999 | $111.62 | $221.71 | $191.95 | $346.81 |
| $150,000 – $199,999 | $124.02 | $250.11 | $216.54 | $395.72 |
| More than $200,000 | $141.63 | $269.11 | $248.36 | $427.94 |

## Blue Cross Blue Shield HSA Plan

| WAGE TIER | EE Only | EE + Spouse/DP | EE + Child(ren) | EE + Family |
|---|---|---|---|---|
| Less than $50,000 | $54.70 | $116.62 | $100.97 | $175.68 |
| $50,000 – $99,999 | $64.52 | $136.36 | $118.06 | $212.61 |
| $100,000 – $149,999 | $105.19 | $206.36 | $178.67 | $315.32 |
| $150,000 – $199,999 | $121.18 | $236.24 | $204.53 | $360.36 |
| More than $200,000 | $138.19 | $255.01 | $233.28 | $390.18 |

# DELTA DENTAL PLAN

| | PPO Plan | | | HMO Plan [8] |
|---|---|---|---|---|
| | PPO | Premier | Non-Participating | In-Network Only |
| Annual Deductible (Single/Family) | $50 / $150 | $75 / $225 | $100 / $300 | N/A |
| Class I: Preventive & Diagnostic (Oral exams, routine cleanings, etc.) | 100%, no deductible | | | $0 – $5 |
| Class II: Basic Care (Fillings, root canal, oral surgery, endodontics, and periodontics) | 90% | 80% | 70% | $0 – $395 per code |
| Class III: Restorative Care (Crowns, dentures, implants) | 60% | 50% | 50% | $0 – $445 per code |
| Class IV: Orthodontics | 50% up to lifetime max of $2,000 | | | $1,900 child; $2,100 adult |
| Annual Max Benefit | $1,500 per person, per year | | | N/A |

| Bi-Weekly Rates | EE Only | EE + Spouse/DP | EE + Child(ren) | EE + Family |
|---|---|---|---|---|
| Dental PPO | $22.88 | $39.84 | $44.38 | $68.13 |
| Dental HMO | $7.55 | $13.38 | $17.12 | $26.46 |

[8] Uses the Delta Care USA Network, must elect a primary care dentist in your home state, otherwise Delta will assign one for you. Limited network not available in all states, please review provider availability at www.deltadentalins.com before enrolling.

# VSP VISION PLAN

| | VSP Standard Plan | | VSP Buy-Up Plan | |
|---|---|---|---|---|
| | In-Network | Out-of-Network | In-Network | Out-of-Network |
| Exam | Every 12 months @ $10 copay | Reimbursement up to $45 | Every 12 months @ $10 copay | Reimbursement up to $45 |
| Eyeglass Lens Replacement | Every 12 months @ $10 copay | Reimbursement up to $30 – $65 | Every 12 months @ $10 copay | Reimbursement up to $30 – $65 |
| Frame Replacement | Every 24 months Up to $150 allowance | Reimbursement up to $70 | Every 12 months Up to $220 allowance | Reimbursement up to $70 |
| Contact Lens Replacement | Every 12 months Up to $130 allowance | Reimbursement up to $105 | Every 12 months Up to $200 allowance | Reimbursement up to $105 |
| Contact Lens Exam (fitting and evaluation) | Max $60 copay | N/A | Max $60 copay | N/A |

Extra Savings (applies to both plans) – includes 20% savings on additional glasses and sunglasses including lens enhancements from any VSP Provider (Choice network), 15% savings on a contact lens exam, 20% savings on amounts over your frame allowance, 20-25% savings on other lens enhancements, additional reimbursement when using Costco Optical.

| Bi-Weekly Rates | EE Only | EE + Spouse/DP | EE + Child(ren) | EE + Family |
|---|---|---|---|---|
| VSP Standard | $3.08 | $6.26 | $6.71 | $10.71 |
| VSP Buy-Up | $5.31 | $10.77 | $11.54 | $18.42 |

# EMPLOYER PAID BENEFITS

| Benefit | Description | Bi-weekly Cost |
|---|---|---|
| Teladoc | Instantly connect with a doctor by phone or email for information, advice, and treatment, including prescription medication when appropriate. | Free! |
| Employee Assistance Program | A confidential resource for you and your family that provides assistance with everyday life issues including money, family, work, change management, and more. | Free! |
| Worldwide Travel Accident/ Assistance Services | Worldwide travel accident insurance and travel assistance services when traveling for business or pleasure 100 or more miles from home. | Free! |
| Advance Medical | A program for our medically enrolled employees and their families through Advance Medical's Expert Medical Opinion (EMO) service. This program gives USI employees access to world-renowned medical experts from the comfort of their own homes. | Free! |
| Bright Horizons Backup Care | A convenient family benefit that provides quality back-up child and/or elder care on an emergency- or planned-basis. Discount on regular care and other services, like tutoring or test prep, is also available. | Free! |
| Unique USI Benefits | USI offers employees unique benefits including the USI Cares program to help employees in financial need, the USI Educates scholarship program, an adoption benefit, exclusive employee discounts, and achievement recognition programs. | Free! |

# ADDITIONAL BENEFITS

| Benefit | Description | Bi-weekly Cost |
|---|---|---|
| Flexible Spending Accounts | ▪ **Health Care FSA** = Elect $260 – $2,700 annually pre-tax to pay for your healthcare needs like co-pays, coinsurance, Rx.<br>▪ **Dependent Care FSA** = Elect $260 - $5,000 for dependent care needs like daycare, before/after school care.<br>These are use-it-or-lose-it accounts. Eligible expenses and plan details available on the Benefits Dashboard on the USI Intranet.<br>**Current participants must make a new election.** | Deduction based on your annual election. |
| Disability | ▪ **Short Term Disability** = 60% wage replacement. USI-paid.<br>▪ **Long Term Disability** = 60% wage replacement.<br>Automatically Employer Paid – taxable benefit, $10K monthly max.<br>Post-tax Employee Paid – non-taxable benefit, $15K monthly max. | Varies by volume. Find your cost in the Ultimate Portal during enrollment. |
| Life Insurance<br>Basic, Supplemental | ▪ **Basic Life/AD&D** = Company Paid benefit is 1x your benefit wage (up to $500,000).<br>▪ **Supplemental Life/AD&D*** = Employee paid, available increments of 1x-8x benefit wages (up to $1 million max).<br>**ALL new elections subject to evidence of insurability.* | Supplemental Life cost varies by volume and age. Find your cost online during enrollment. |
| Family Term Life | ▪ **Family Term Life/AD&D*** = Spouse or domestic partner: available in increments of $25K, $50K, $75K, $100K. Flat $10,000 available for children.<br>**New elections subject to evidence of insurability.* | $10K Child(ren) only $0.57<br>$25K Spouse/Partner $1.42<br>w/ Child(ren) $1.99<br>$50K Spouse/Partner $2.84<br>w/ Child(ren) $3.41<br>$75K Spouse/Partner $4.25<br>w/ Child(ren) $4.83<br>$100K Spouse/Partner $5.68<br>w/ Child(ren) $6.25 |

# ADDITIONAL BENEFITS *(Continued)*

| Benefit | Description | Bi-weekly Cost |
|---|---|---|
| Pre-Tax Transit / Parking | Set aside up to $265 monthly for transit (bus, train, light-rail, etc.) and/or $265 for parking, pre-tax.<br>Current participant elections will carry over.<br>**Elections made from 11/2/19 – 12/1/19 will have first deduction in Dec. for Jan. 2020 benefit.** | Monthly deduction based on your annual election. |
| Accident Insurance | Accident insurance pays you cash for accidental injuries such as fractures/dislocations, intensive care, surgeries, concussions, even ER visits and ambulance transport. | EE Only $3.50<br>EE + Spouse/DP $5.44<br>EE + Child(ren) $6.85<br>EE + Family $8.79 |
| Identity Theft Assist | ID Theft Assist will help you get back to normal if your identity is stolen; all options include family-level recovery services.<br>Additional continuous credit monitoring available for your spouse or partner, or your entire family depending on your elected coverage level. | EE Only $4.00<br>EE + Spouse/DP $6.46<br>EE + Family $8.77 |
| Group Legal | Group legal provides access to a nationwide network of attorneys who will represent you at no charge for most common legal matters including real estate, traffic offenses and document preparations. | $7.62 |
| Whole Life Insurance | Unum's interest-sensitive whole life insurance pays a death benefit to your beneficiaries and can also build cash value you can use while you are living. | Cost varies by volume and age. |
| Critical Illness | Critical Illness coverage will pay a lump sum benefit to you if you have a covered serious illness occur like heart attack, stroke, organ transplant and most cancers. | Cost varies by volume and age. |
| Long Term Care | Long Term Care coverage pays for your expenses if you are in a long-term care facility, such as a nursing home, assisted living facility or if you have professional home care. | Cost varies by volume and age. |

# RETIREMENT BENEFITS

| Benefit | Description | Bi-weekly Cost |
|---|---|---|
| 401(k) | USI's 401(k) plan offers you the opportunity to make pre-tax and post-tax (Roth) contributions.<br><br>The Plan offers a 50% match on contributions up to 6% of pay*. Match is applied in each pay period and vests at 20% per year for every year in which you work 1,000 hours.<br><br>You will automatically be enrolled in the pre-tax USI 401(k) plan at 6% of pay, unless you choose to opt out. Funds will be invested in the Vanguard Target Date fund that is most appropriate for you. You will have the opportunity to change your 401(k) contributions and investment elections at www.usicg.com.<br><br>Assistance in selecting funds and no-cost Morningstar advice is available at www.usicg.com. | Varies by contribution percentage |
| Non-Qualified Deferred Compensation | USI offers a Non-Qualified Deferred Compensation program for associates earning over $200,000 per year. You may defer cash compensation, bonus or choose a 401(k)continuation option.<br><br>New hire enrollment is open two times per year; you will receive information prior to your eligibility. | Varies by contribution percentage |

** Match for highly compensated employees may be capped in the year following hire; see plan documents for details.*