# EXHIBIT C

USI®

USI Insurance Services
100 Summit Lake Drive
Suite 400
Valhalla, NY 10595
www.usi.com
+1 (914) 749-8500

October 2021

Dear USI Associate:

As we prepare for the new year, we are pleased to share that there will be minimal changes to our USI benefits for 2022.

In September, the USI Benefits Team introduced Wellthy, a new family support benefit for USI employees. Wellthy helps families manage and navigate financial, medical, legal, in-home, housing, and social/emotional support in any capacity, big or small. With Wellthy, you'll receive best-in-class expertise and support, simplified communication, with everything in one place on your personalized care dashboard. Review our Benefits Dashboard to learn how to take advantage of this new USI-paid benefit.

After many years without change, USI will adjust our medical wage contribution tiers to reflect changing cost of living over time. We intend to revisit these tiers annually to determine the need for further change. As a result of this year's adjustment, some employees will pay less for their medical benefits in '22. Details are included in the accompanying Highlights.

Please plan to review the updated Benefits Dashboard on the USI Intranet for additional information on our 2022 program. From the Dashboard, you may review the Summary of Benefits and Coverage, USI's Benefits at a Glance with Rates, and other important notices. We continue to offer the enhanced version of ALEX®, our decision support tool, also available at www.myalex.com/usi/2022, to help you make your benefit choices.

Open Enrollment is the one opportunity you have each year to make benefit decisions, so don't miss your chance! **Open Enrollment for 2022 will launch in UltiPro beginning Monday, November 8, and run through Friday, November 19.**

As always, please contact the USI Benefits Service Center at (877) 272-4874 with any enrollment or benefit questions.

Sincerely,

Kim Van Orman

Kim Van Orman
SVP & Chief Human Resources Officer