EXHIBIT D

USI®

2022

# OPEN ENROLLMENT INFORMATION

This document is intended to provide Open Enrollment highlights only. For complete details, and to review the important notices for 2022, please visit the Benefits Dashboard on the USI Intranet.

TAKE ACTION

**HOW TO ENROLL:**

Enrollment will take place **November 8 –November 19.**

Elections for 2022 can only be made during this Open Enrollment period, unless you have a qualifying life event during the year.

**Follow these steps:**

1. Open UltiPro
2. Select "Menu"
3. Then "Myself"
4. Click "Open Enrollment"

## NEW Wellthy Caregiver Support

Wellthy

In September, USI launched a new and exciting caregiver benefit with Wellthy. This family support benefit provides personalized support to help you tackle the logistical and administrative tasks of complex, ongoing care.

How can Wellthy help me? Common family support offerings and examples include:

**Aging:** for families with aging members dealing with all kinds of life changes
Moving a parental figure into an assisted living facility, finding in-home support
**Childcare:** guidance and support for parents with childcare needs
Sourcing different care options, finding supplementary academic support
**Health Conditions:** for individuals/families with a tough diagnosis or chronic condition
Coordinating care for a sibling with cancer, supporting your spouse after surgery
**Special Needs:** advocacy and expertise for families with unique and complex needs
Managing a learning disability diagnosis, sourcing appropriate school options
**Mental Health:** ongoing help for those struggling with depression, anxiety, alcoholism
Helping a loved one find a treatment facility, finding intervention resources
**Veterans Support:** helping our heroes and their families get the care they deserve
Supporting a friend or family member struggling after discharge
**Financial Hardship:** for hard-working families feeling financially strained
Finding housing support or budget-building, learning about community resources

Balancing work, family and life in general can be overwhelming. Let Wellthy be there to provide you with best-in-class expertise, simplified communication and an all-in-one support resource for you and those you care for.

Take a moment to review the information available on our Benefits Dashboard, or simply click on the Wellthy app in OKTA to start a care plan today.

**Do I need to take action during open enrollment?**

Your current benefits will automatically roll over to the 2022 plan year, **except for HSA and FSA contributions** or **medical** if you are changing wage/wellness tiers. You must actively enroll to continue to participate in these plans in 2022. Anyone with a wage/wellness tier change will be notified in advance of Open Enrollment.

**USI's Benefits Service Center is here to help!**

Call: +1 (877) 272-4874 (to speak with a live person!) | Email: Benefits.ServiceCenter@usi.com

# Key Medical Reminders for 2022




**Express Scripts/Accredo® Partnership:** As previously announced, Blue Cross Blue Shield (BCBS) mail order prescriptions will continue to be filled using Express Scripts® Pharmacy - (877) 327-9791, and specialty medications will be filled through Accredo® - (833) 721-1619.

**Specialty Drug Coupon Maximization:** Specialty drug users will continue to save money in 2022 as we continue to partner with Accredo® to fill specialty medications.

**BCBS Health Advocates:** Contact a BCBS Health Advocate for assistance in managing your medical or prescription needs at 855-228-1560.

**USI Benefits Resources:** Take some time to review the updated Benefits Dashboard on the USI Intranet. Here you can find all the details regarding your USI benefits, including plan summaries, key contacts and other helpful information.

**Your 2022 Contributions**
**USI medical plan rates will increase 3% for '22. Dental and vision rates will stay the same.**

## NEW Updated Benefit Wage Tiers for 2022

USI will adjust its medical wage tier structure for 2022 and will plan to revisit tiers against market conditions annually. As of January, the new medical rate tiers will be as follows:
Tier 1 – Under $55,000
Tier 2 - $55,000 - $105,000
Tier 3 - $105,000 - $155,000
Tier 4 - $155,000 - $205,000
Tier 5 - $205,000+

See the USI Benefits Guide for the benefit wage calculation. As always, bonus and commission dollars factor into benefit wage. Communication will be sent to those changing benefit wage tiers in 2022. Remember, you must actively enroll if your benefit wage tier changes to continue medical coverage.

## alex® CHOOSING YOUR PLAN

Now is the time to make your plan!

Open Enrollment is your one chance each year to review your benefits and make sure they are the right fit for you and your family.

Discover your lowest-cost, best-coverage 2022 health plan option—and more!—from any computer, tablet, or smartphone at www.myalex.com/usi/2022.

## 2022 Wellness Program Preview

Our updated USI Wellness program will launch in January 2022 for medically enrolled employees and their spouse or partners. Those who complete the program will earn the 30% medical rate differential in 2023. Here are the program basics for 2022:

**Real Age Test** - Learn your body's true age by completing this required questionnaire **by 4/30/22.**
**Biometric Screening** - Earn required points for completing your annual physical and submitting your form **by 6/30/22.**
**Preventive Care –** Stay on top of your preventive care and earn required points. Your COVID-19 vaccine and booster are considered a preventive care item! **Report 4 exams by 9/30/22.**
**700 points** – Earn 700 points by 9/20/22 to earn your incentive.

Save on your medical premiums while improving your health! Stay tuned to communications from the USI Benefits Service Center and USI Wellness for more information on the 2022 USI Wellness Program.