EXHIBIT E

USI®

USI Insurance Services
100 Summit Lake Drive
Suite 400
Valhalla, NY 10595
www.usi.com
+1 (914) 749-8500

October 2024

Dear USI Team Member,

As we prepare for our annual Open Enrollment period, which will begin on **Monday, November 11**, and end on **Friday, November 22**, we hope you will take this opportunity to review the comprehensive benefits available to you at USI.

The accompanying Open Enrollment overview outlines several key items for 2025, including:

- A new partnership with **The Hartford** for USI's disability, life insurance, accident and critical illness coverages. This change will provide employees with the same financial protection at new, lower costs.
- New cancer support tools available through the Blue Cross Blue Shield **AccessHope program** to help you or your family members before, during, and after cancer treatment.
- Enhanced ID theft benefits, now with **Norton LifeLock**. This program offers innovative security features and identity restoration services to those seeking to reduce their risk of identity theft.
- An expansion of our group legal coverage with **MetLife**.

Please review the updated Benefits Dashboard on the USI Intranet for additional information on all of our 2025 employee benefits. Updated employee contribution rates for medical and dental coverage reflecting the change in claims cost year over year are posted there, as are the Summary of Benefits and Coverage, USI's Benefits at a Glance with Rates, and other important notices.

To help you make your benefit elections this year, USI is offering **Upwise**, our new digital benefits decision support tool. You may access this service by visiting https://upwise.app.nayya.com or from the Okta homepage on the USI network. After responding to questions about your unique circumstances, you will receive a personalized benefits recommendation tailored to your needs and preferences.

Open Enrollment is the one opportunity you have each year to make important benefit decisions without a qualifying life event, so don't miss your chance! As always, please contact USI's Benefits Service Center at (877) 272-4874 with any enrollment or benefit questions.

Sincerely,

Lena Ottusch

Lena Ottusch
VP, Total Rewards