EXHIBIT F

USI®

2025

# OPEN ENROLLMENT INFORMATION

This document is intended to provide Open Enrollment highlights only. For complete details and to review the important notices for 2025, please visit the Benefits Dashboard on the USI Intranet.

TAKE ACTION

## HOW TO ENROLL

**Open Enrollment will take place November 11-22.**

Elections for 2025 can only be made during this Open Enrollment period, unless you have a qualifying life event during the year.

**Follow these steps:**

1. Open UKG Pro
2. Select "Menu" then "Myself"
3. Click "Open Enrollment"

## NEW Digital Decision Support with Upwise

**Choosing your benefits** is one of the most important decisions you can make. This year, we're offering a new support tool through Upwise to help you make better-informed decisions for yourself and your family. Think of it as your own personal benefits consultant!

To use this tool, answer a confidential online survey related to your health, wellness, finances, and future plans. Upwise will provide a data-driven, personalized recommendation based on your goals and USI's suite of benefits.

After enrollment, Upwise can continue to help you maximize your benefits with timely reminders and opportunities for additional wellness resources you or your family may need down the road.

**To get started, visit Upwise at https://upwise.app.nayya.com. After you've made your decisions, be sure to complete your Open Enrollment in the UKG Pro portal.**

---

## NEW New Partner for Disability, Life Insurance, and Voluntary Plans

THE HARTFORD

USI will partner with The Hartford in 2025 for our **disability, life insurance, critical illness and accident** benefits.

Any **voluntary life** coverage you currently carry through USI with Prudential will continue at the same rate, unless you increase your coverage or fall into a new age band next year. If you wish to apply for additional coverage or enroll for the first time, an evidence of insurability questionnaire will be required.

**Short- and long-term disability and FMLA administration** will also transition to The Hartford in January. Any new disability or FMLA claims beginning on or after January 1, 2025, must be filed with The Hartford. Instructions on how to do so will be available on the USI Benefits Dashboard. Any employees with existing or pending claims will receive separate communications.

If you are currently enrolled in the **Unum accident or critical illness** plans, you will automatically move to the new Hartford programs in 2025. If you wish to opt-out, you must take action during Open Enrollment. If you have critical illness coverage today and prefer to maintain that policy instead, contact Unum for direct bill options.

Please visit USI's Benefits Dashboard for details on the new accident and critical illness benefits, including the **new, lower rates.**

---

**USI's Benefits Service Center is here to help!**

Call: +1 (877) 272-4874 (to speak with a live person!) | Email: Benefits.ServiceCenter@usi.com

## NEW New ID Theft Assistance Partnership

norton LifeLock Benefit Solutions

As a leader in identity theft protection, **Norton LifeLock Benefit Plans** provide tools to help lower the risk of identity theft for you and your family. USI is excited to partner with Norton in 2025 to offer **identity theft protection, device security, and online privacy**, working together to help safeguard your devices using bank-grade encryption. If your personal information is compromised, you receive access to a U.S.-based restoration specialist to provide support and help resolve your case. Setup and maintenance of your account can be completed in an easy-to-navigate online account or mobile app.

With Norton LifeLock Benefit Plans, you can rest easier knowing your personal identity has an extra layer of protection online. Employees currently enrolled in USI's 2024 program will automatically be enrolled in the new benefit with Norton. Visit USI's Benefits Dashboard for more details.

---

## NEW Enhancements to MetLife Group Legal

MetLife Legal Plans

Most people think legal help only comes in handy when trouble strikes. The truth is that people turn to attorneys for all kinds of reasons, from negotiating new home contracts to estate planning.

Beginning in 2025, you will have access to an expanded list of covered services, including custody and visitation support, divorce, reproductive law assistance, debt issues, traffic ticket offenses, and digital estate planning. Additionally, you will be covered for four (4) additional hours per year of attorney time for services not otherwise covered under the plan. Coverage will now be extended to additional family members, including parents, in-laws, and grandparents. Visit USI's Benefits Dashboard for more details.

---

## NEW BCBS Cancer Support with AccessHope

access hope

If you or a family member has been diagnosed with cancer, the **Cancer Services and Support Program**, in collaboration with **AccessHope**, can help. AccessHope gives you the tools, resources, and experts to guide you before, during, and after cancer treatment. **This program is free** for members enrolled in the USI BCBS medical plans. A personal Health Advocate is included in your BCBS medical plan. Contact them 24/7 to connect with an AccessHope specialist by calling the number on the back of your BCBS member ID card. You may also visit USI's Benefits Dashboard for more details.

### Do I need to act during Open Enrollment?

Your current benefits will automatically roll over to the 2025 plan year, except for HSA and FSA contributions or medical if you are changing benefit wage or wellness tiers.

You must actively enroll to continue to participate in these plans in 2025. Anyone with a wage or wellness tier change will be notified in advance of open enrollment.

### Updated Contributions

Visit the USI Benefits Dashboard for new employee contribution rates for medical and dental. Due to regulatory changes, Teladoc co-payments must also change. See the USI Benefits Dashboard for details.

---

**USI's Benefits Service Center is here to help!**

Call: +1 (877) 272-4874 (to speak with a live person!) | Email: Benefits.ServiceCenter@usi.com