# EXHIBIT G

USI®

USI Insurance Services
100 Summit Lake Drive
Suite 400
Valhalla, NY 10595
www.usi.com
Tel: 914.749.8500

October 8, 2025

Sarah Smith
1125 Willow Brook Bend
Farmington, NY 14425

Dear Sarah,

I hope you are well. I am writing to provide important information about your employment status. As you know, your leave under Hartford began on July 14, 2025. Your Short-Term Disability leave ("STD") was approved through October 18, 2025. Your concurrent New York State Disability ("NYS Dbl") is approved through November 2, 2025, and Federal Family Medical Leave ("FML") expired on October 3, 2025. Your Long-Term Disability ("LTD") claim is not yet approved.

As you know, USI has continued to hold your position open during this time as an accommodation to you. However, the Company is unable to continue holding your position open indefinitely. This means that, even if you are released to return to work at a later date, you will not have a position to return to. However, Company policy provides that employees out on approved disability-related leaves of absence may continue to be classified as inactive, in a leave of absence status, for a period of up to six (6) months in total from the onset of the disability, or until the claim is denied/no longer approved, whichever comes first. This six (6) month policy is intended solely to give employees continued subsidized participation in the USI benefit plans during this time.

In accordance with this policy, your employment will not terminate immediately. Instead, as described above, you may continue on inactive status for a period for up to six (6) months in total from the onset of the disability, or until your LTD is denied/no longer approved, whichever date comes first. Your disability began on July 14, 2025; therefore, your six (6) month period will elapse on **January 14, 2026**. Upon the earlier of the date when your LTD claim is denied/no longer approved, or the six (6) month period has elapsed, the Company will convert your employment status from inactive to terminated.

Your last check from USI with benefit deductions will occur on **October 24, 2025**. As you will no longer receive payroll wages from USI, you will be responsible for making your benefits contribution payments to USI directly for your continued benefits coverage. Failure to make the required payments will result in your coverage being cancelled.

Your monthly premiums, excluding 401(k) contributions, are $325.36. Please plan to remit payment on the following schedule:

| Month | Benefit Premium Cost Per Pay Period | Pay Periods Covered | Benefit Premium Amount Owed to USI | Payment Due Date |
|---|---|---|---|---|
| November | $325.36 | 2 | $650.72 | 11/30/2025 |
| December | $325.36 | 2 | $650.72 | 12/31/2025 |

**Updated benefit premium letter will be sent after open enrollment is completed*

Please note that your 401(k)-loan repayment will NOT be included in the benefit premiums. You are required to remit payment for your loan(s) directly with Fidelity.

Checks should be made payable to USI and sent to:

**USI Insurance Services – Benefits Service Center**
**Attn: Lena Ottusch**
**100 Summit Lake Drive, Suite 400**
**Valhalla, NY 10595**

Please note that this policy does not impact your eligibility for disability benefits under the USI LTD plan, if applicable, provided this disability commenced prior to the cessation of the employment relationship. This policy in no way modifies the terms of the USI LTD plan. Other USI-provided benefits will end (unless otherwise required by law) upon the cessation of the employment relationship.

If/when your employment is terminated, you will be offered COBRA coverage that will, if applicable, provide you with the opportunity to continue your medical, dental and vision coverage for a prescribed period at group rates on a self-pay basis. The forms required to elect this coverage will be mailed directly to your home by USI's COBRA administrator. Please note that nothing contained in this letter or USI's policies change the at-will employment relationship with the Company.

If you have any questions regarding your leave, please contact Hartford at 888.301.5615. If you have questions regarding your benefits or the 9-month inactive policy, please contact the USI Leave of Absence Team at leaves@usi.com.

Best Regards,

*Gabrielle C. Olszewski*

Gabrielle C. Olszewski
Workforce Continuity Manager

**USI Insurance Services, LLC**
**Benefits Summary upon Termination**

We want to wish you well in your new endeavors and remind you that there are some benefits from USI that require your attention. Please review the chart for a detailed summary of your next steps for each plan.

You will receive a letter from Health Equity, USI's COBRA administrator within 45 days of the end of your coverage outlining how you can continue your current **medical, dental, vision, health care flexible spending, employee assistance and/or Telehealth plans.** The 2025 monthly COBRA rates are:

| 2025 Monthly COBRA Rates | Beneficiary Only | Beneficiary + Spouse/Partner | Beneficiary + Child(ren) | Beneficiary + Family |
|---|---|---|---|---|
| BCBS PPO | $925.93 | $1,588.16 | $1,764.75 | $2,617.73 |
| BCBS HSA | $868.35 | $1,530.22 | $1,654.35 | $2,523.04 |
| Delta Dental PPO | $54.05 | $94.14 | $104.86 | $160.95 |
| Delta Dental HMO | $16.26 | $28.84 | $36.89 | $57.00 |
| VSP Vision Standard Plan | $6.34 | $12.90 | $13.82 | $22.06 |
| VSP Vision Buy-Up Plan | $10.94 | $22.21 | $23.80 | $37.97 |
| EAP | $1.23 | $1.23 | $1.23 | $1.23 |
| Teladoc | $1.43 | $1.43 | $1.43 | $1.43 |

If you are under 65 and not eligible for Medicare, you can contact www.healthcare.gov to review alternatives to COBRA and possibly receive government assistance with paying for an individual health insurance plan.

If you are Medicare eligible, or soon will be, contact MyBenefitAdvisor (MBA), a division of USI, at https://utility.mybenefitadvisor.com/usi/ to help you review your options. They will guide you through the process of understanding Medicare and reviewing your options, including Medigap, Medicare Advantage, and/or Part D prescription drug Plans. The MBA team works with most insurance carriers and there is no charge for their services. If you decide to enroll in an insurance plan, they can assist you with that process and your cost will be the same as enrolling directly with the insurance carrier.

If you are a **401(k) participant**, here is some additional information.

You may login to the Fidelity participant web portal - http://www.netbenefits.com/ or contact their customer service team at 800-835-5095 for more information on acting on your USI 401(k) or 401(k) loan.

## Payroll Information

**Pay Statements & W-2's from 2017 and forward:** You will need to log into UKG directly - http://e41.ultipro.com.
Your username will be your USI employee ID followed by "USI", for example: 123123USI
Your password will be your 6-digit USI employee ID and your year of birth. For example, if your USI employee ID was 123123 and you were born in 1975, your password would be 1231231975.

We recommend prior to your last day at USI to update your contact information, including personal email address and cell phone number, in UKG. If you do not update your contact information prior to your last day, you may login to UKG directly at any time to do so.

Once logged in, you'll be able to change your password, and also verify and change other important information such as your address, personal email address, and direct deposit information.

**Pay statements and W-2's for 2016 and prior:** To access go to https://portal.adp.com/public/index.htm. Your username and password remain the same. Please email the USI Payroll team at usi.payroll@usi.com if you are unable to access your statements.

## Employment & Wage Verifications

If you require verification of employment with USI, please ask the person or company needing proof of employment to contact The Work Number at 1-800-367-5690 or www.theworknumber.com. They will need your social security number and the USI Employer Code: 13420.

## Contact Information with Carriers

If you wish to continue certain coverages post-employment with USI, please refer to the chart below for information. You will also want to be sure to change your contact information with all carriers, to ensure information is received to your home/personal email.

| Benefit | When Does it End? | Continuation? | Next Steps | Contact Information |
|---|---|---|---|---|
| BCBS Medical<br><br>Delta Dental<br><br>VSP Vision | End of the month in which you terminate.<br><br>(Final premiums due will be deducted from your final check) | Yes | If you choose to continue coverage, you must complete, sign, and return the Continuation of Coverage election form to Health Equity by the deadline in your COBRA package.<br><br>Payment for this continued coverage is due within 45 days of your election. The carrier will not pay any claims until this premium is received. | Health Equity COBRA<br>1-877-864-9546<br><br>USI Benefits Service Center<br>(877) 272-4874 |
| HSA Account w/HSA Bank | End of the month in which you terminate. | Yes | Your HSA Bank funds are still available. You will receive information from HSA Bank regarding continuing to pay account fees. | HSA Bank<br>(800) 357-6246 |
| Health Care FSA w/ Health Equity | Date of termination | Yes | File with Health Equity to recoup any available funds within 90 days of your termination. Expenses must have been incurred on or before your termination date. Any remaining funds will be forfeited unless you elect COBRA continuation.<br><br>You may exercise your COBRA rights by continuing to make contributions to this account with post-tax dollars. You will receive a separate letter from Health Equity, advising you of your right to continue the Health Care FSA through COBRA. | Health Equity COBRA<br>1-877-864-9546<br><br>Health Equity FSA (866) 735-8195<br><br>USI Benefits Service Center (877) 272-4874 |
| ependent Care FSA w/ Health Equity | | No | File with Health Equity to recoup any available Funds within 90 days of your termination. Expenses must have been incurred on or before your Termination date. Thereafter, any remaining funds will be forfeited. COBRA continuation is not available. | |
| 'he Hartford Basic Life w/ AD&D<br><br>The Hartford ;upplemental Life w/ AD&D<br><br>The Hartford Supplemental Dependent Life w/ AD&D | Date of termination | Yes | Policies may be continued in some circumstances through portability or conversion options through The Hartford. Some portability options may result in a reduced or limited life benefit as outlined in the Group Policy. A Notice of Conversion and/or Portability will be provided to you for your review and consideration. You must make your election to continue your policy within 31 days of your Termination.<br><br>The Hartford Financial Services Group, Inc. (NYSE: HIG) operates through its subsidiaries under the brand name, The Hartford. For additional information, see www.thehartford.com. | The Hartford, Portability and Conversion Unit<br>877-320-0484<br><br>USI Benefits Service Center<br>(877) 272-4874 |

| Benefit | When Does it End? | Continuation? | Next Steps | Contact Information |
|---|---|---|---|---|
| ıe Hartford Short-Term and Long-Term Disability | Date of Termination | No | None | USI Benefits Service Center (877) 272-4874 |
| Jnum Long Term Care | Date of Termination | Yes | You may be eligible to port your coverage to an individual policy. If your spouse is covered, he or she will also be required to port if you choose to do so. You have 31 days from the coverage term date to submit your application to Unum. Please contact the USI Benefits Service Center to obtain the continuation form. | USI Benefits Service Center (877) 272-4874<br><br>Unum - 520443 (800) 227-4165 |
| Mass Mutual Whole Life | Date of Termination | Yes | Upon Termination, you may continue your coverage on a direct bill basis with Mass Mutual. You will need to contact Mass Mutual using the information to the right, to request a portability package along with a certificate-specific letter. | Mass Mutual (Group #75185) 844-975-7522 option 1 Email Address: massmutualservice@concentrix.com |
| The Hartford Accident Insurance<br><br>The Hartford Critical Illness Insurance | Date of Termination | Yes | Accident and/or Critical Illness policies may be continued in some circumstances through portability OR extended continuation options. A Request Form will be provided to you for your review and consideration. Refer to the Request Form for specific continuation election timelines.<br><br>The Hartford Financial Services Group, Inc. (NYSE: HIG) operates through its subsidiaries under the brand name, The Hartford. For additional information, see www.thehartford.com." | The Hartford, Portability and Conversion Unit 877-320-0484<br><br>USI Benefits Service Center (877) 272-4874 |
| MetLife Group Legal | Date of Termination | Yes | You may elect to continue for a period of time. Call Met Life client services to discuss. | MetLife (800) 821-6400 |
| Norton LifeLock ID Theft | End of the month following term | Yes | Go to LifeLock.com, enter promo code WB3 and select the plan you wish to enroll in as a direct customer | Norton.com or 866-456-9316 |
| Commuter/Parking w/Health Equity | Date of Termination | No | You have 90 days from your Termination date to spend any remaining balances. Per IRS regulations, pretax funds cannot be refunded to you if you terminate. You will forfeit all unused pre-tax funds if they are not spent within the 90-day period. All post-tax dollars will be returned to you by Health Equity. | Health Equity (866) 735-8195 |

| Benefit | When Does it End? | Continuation? | Next Steps | Contact Information |
|---|---|---|---|---|
| Teladoc Telehealth | End of the month in which you terminate. | Yes | You may choose to continue your Teladoc coverage through COBRA. If you would like to do so, please follow the COBRA enrollment instructions on your Health Equity election form. | Teladoc<br>(800) 835-2362 |
| ComPsych Employee Assistance | End of the month in which you terminate. | Yes | You may choose to continue your EAP coverage through COBRA. If you would like to do so, please follow the COBRA enrollment instructions on your Health Equity election form. | ComPsych<br>(888) 267-8126 |
| Fidelity 401(k) and Loans | Date of Termination | Yes | Please contact Fidelity at 800-835-5095, USI plan code 54303 for more information. | Fidelity - 54303<br>(800) 835-5095 |
| USI Equity | Per Equity Plan Materials | No | The company has the right to call shares for up to one year. Please make sure you have a personal email address on file in UKG. Contact USI Equity for questions. | Gina Dello Joio<br>(914) 749-8563<br>usiequity@usi.com |